1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant MADDOX

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-11-00522 SBA |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATED REQUEST TO CONTINUE |
| v. | ) | SENTENCING HEARING DATE TO |
| | ) | FEBRUARY 22, 2012 AND ORDER |
| JAMAR MADDOX, | ) | |
| Defendant. | ) | Hearing Date: January 25, 2012 |
| | ) | Time: 3:00 p.m. |

The above-captioned matter is set on January 25, 2012 before this Court for a sentencing hearing. The parties jointly request that the Court continue this matter to February 22, 2010 at 10:00 a.m. so that the parties and the United States Probation Office have sufficient time to prepare sentencing materials for the Court.

In September 2009, this Court sentenced Mr. Maddox to 24 months in the custody of the Bureau of Prisons after he pleaded guilty to being a felon in possession of a firearm. Near the end of his sentence, in February 2011, the Bureau of Prisons transferred Mr. Maddox to Geo Care, a residential reentry center, in Oakland, California. On May 24, 2011, Mr. Maddox fled from the facility and the government charged him with escape from custody, in violation of 18 U.S.C. § 751(a). Mr. Maddox pleaded guilty to this charge at his first district court appearance.

Stip. Req. To Continue Sentencing Hearing Date,
CR-11-00522 SBA

He has no plea agreement with the government.

The reason for this requested continuance is that both counsel for Mr. Maddox and counsel for the government would like additional time to prepare sentencing materials for the Court. In addition, the United States Probation Office would like additional time to complete the final Presentence Investigation Report. For these reasons, the parties request that the Court continue the January 25, 2012 sentencing hearing date to February 22, 2012. Counsel for Mr. Maddox conferred with the United States Probation Office regarding this stipulation. The Probation Office is available to appear at sentencing on February 22, 2012.

Because this is a sentencing stipulation, and because Mr. Maddox has already pleaded guilty, the parties further agree that the Speedy Trial Act does not apply.

DATED: January 18, 2012  /S/
BRIAN C. LEWIS
Assistant United States Attorney

DATED: January 18, 2012  /S/
ANGELA M. HANSEN
Assistant Federal Public Defender

# ORDER

Based on the reasons provided in the stipulation of the parties above, and for good cause, the Court hereby FINDS:

1. Given that the parties need additional time to prepare sentencing materials for the Court;

2. Given that the Probation Office would like additional time to compete the final Presentence Investigation Report for the Court;

3. Given that Mr. Maddox pleaded guilty and that the Speedy Trial Act does not apply;

Based on these findings, IT IS HEREBY ORDERED that the sentencing hearing date of January 25, 2012, scheduled at 3:00 p.m., before the Honorable Saundra Brown Armstrong, is vacated and reset for February 22, 2012, at 10:00 a.m.

January 20, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge