1 | GEOFFREY A. HANSEN
Acting Federal Public Defender
2 | ANGELA M. HANSEN
Assistant Federal Public Defender
3 | 555 - 12th Street, Suite 650
Oakland, CA 94607-3627
4 | Telephone: (510) 637-3500

5 | Counsel for Defendant MADDOX

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-11-00522 SBA |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATED REQUEST TO CONTINUE |
| v. | ) | SENTENCING HEARING DATE TO |
| | ) | APRIL 6, 2012 AND ORDER |
| JAMAR MADDOX, | ) | |
| | ) | Hearing Date: March 28, 2012 |
| Defendant. | ) | Time: 10:00 a.m. |

The above-captioned matter is set on March 28, 2012 before this Court for a sentencing hearing. The parties jointly request that the Court continue this matter to April 6, 2012, at 10:00 a.m., so that the parties and the United States Probation Office have sufficient time to prepare sentencing materials for the Court.

In September 2009, this Court sentenced Mr. Maddox to 24 months in the custody of the Bureau of Prisons after he pleaded guilty to being a felon in possession of a firearm. Near the end of his sentence, in February 2011, the Bureau of Prisons transferred Mr. Maddox to Geo Care, a residential reentry center, in Oakland, California. On May 24, 2011, Mr. Maddox fled from the facility and the government charged him with escape from custody, in violation of 18 U.S.C. § 751(a). Mr. Maddox pleaded guilty to this charge at his first district court appearance.

1 | He has no plea agreement with the government.

2 | The reason for this requested continuance is that both counsel for Mr. Maddox and counsel for the government would like additional time to prepare sentencing materials for the Court. For these reasons, the parties request that the Court continue the March 28, 2012 sentencing date to April 6, 2012. Counsel for Mr. Maddox conferred with the United States Probation Office regarding this stipulation. The Probation Office is available to appear at sentencing on April 6, 2012.

Because this is a sentencing stipulation, and because Mr. Maddox has already pleaded guilty, the parties further agree that the Speedy Trial Act does not apply.

DATED: March 15, 2012                    /S/
                                 BRIAN C. LEWIS
                                 Assistant United States Attorney

DATED: March 15, 2012                    /S/
                                 ANGELA M. HANSEN
                                 Assistant Federal Public Defender

# ORDER

Based on the reasons provided in the stipulation of the parties above, and for good cause, the Court hereby FINDS:

1. Given that the parties need additional time to prepare sentencing materials for the Court;

2. Given that Mr. Maddox pleaded guilty and that the Speedy Trial Act does not apply;

Based on these findings, IT IS HEREBY ORDERED that the sentencing hearing date of March 28, 2012, scheduled at 10:00 a.m., before the Honorable Saundra Brown Armstrong, is vacated and reset for April 6, 2012 at 10:00 a.m.

March 16, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge