```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2
    MIRANDA KANE (CABN 150630)
 3  Chief, Criminal Division

 4  BRIAN C. LEWIS  (DCBN 476851)
    Assistant United States Attorney
 5
       1301 Clay Street, Suite 340S
 6     Oakland, CA 94612
       Telephone: (510) 637-3680
 7     Facsimile:  (510) 637-3724
       E-Mail: brian.lewis@usdoj.gov
 8
 9  Attorneys for the United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 11-0522 SBA |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER VACATING EVIDENTIARY HEARING AND SETTING CASE FOR SENTENCING AT 10:00 A.M. ON JUNE 13, 2012** |
| JAMAR MADDOX, | ) |
| Defendant. | ) |

The parties are currently scheduled to appear before this Court on June 13, 2012, at 1:00 p.m. for sentencing and an evidentiary hearing concerning a disputed sentencing enhancement. The United States has now withdrawn its request that the Court impose the disputed sentencing enhancement. Accordingly, the parties agree that an evidentiary hearing is unwarranted. The parties will argue sentencing based on the undisputed PSR and the parties' sentencing memoranda. For these reasons, with the agreement of counsel for both parties and the defendant, the parties now stipulate and ask the Court to find and hold as follows:

1. The evidentiary hearing in this matter set for June 13, 2012, at 1:00 p.m. is VACATED.

2. This matter shall be set for judgment and sentencing before this Court on June 13, 2012, at 10:00 a.m.

IT IS SO STIPULATED.

DATED: June 7, 2012

/s/
ANGELA HANSEN
Counsel for Jamar Maddox

DATED: June 7, 2012

/s/
BRIAN C. LEWIS
Assistant United States Attorney

IT IS SO ORDERED.

DATED: _6/12/12

SAUNDRA BROWN ARMSTRONG
United States District Judge

ORDER VACATING EVID. HR'G AND SETTING CASE FOR SENTENCING
CR 11-0329 SBA                                    -2-